IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CLARENCE D SCHREANE,** : | |
| : | |
|     **Petitioner** : | |
| : | CIVIL NO. 3:CV-15-2107 |
| **v.** : | |
| : | **(Judge Caputo)** |
| **SULLIVAN, ASSOCIATE WARDEN** : | |
| : | |
|     **Respondent** : | |

**O R D E R**

**AND NOW**, this **15th** day of **DECEMBER**, **2015**, it is **ORDERED** that:

1. The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) is dismissed without prejudice to any right Mr. Schreane may have to assert his claims in a properly filed *Bivens* action.

2. The Clerk of Court is directed to **CLOSE** this case.

                                        **/s/ A. Richard Caputo**
                                        **A. RICHARD CAPUTO**
                                        **United States District Judge**